Filed
D.C. Superior Court
02/03/2022 03:06PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| LEON ALLEN<br>718 Brandywine St. S.E.<br>Washington D.C. 20032<br><br>*Plaintiff,*<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th Street, NW<br>Washington, DC 20001<br><br><u>SERVE:</u><br>AUTHORIZED AGENT<br>Susan Serrian<br>Office of General Counsel<br>600 5th Street, NW<br>Washington, DC 20001<br><br><br>*Defendant.* | §§§§§§§§§§§§§§§§§§§§§§§ | 2022 CA 000422 V |

### COMPLAINT
(Negligence)

### Jurisdiction and Parties

1. This court has jurisdiction over the subject matter of this lawsuit pursuant to D.C. Code §11-921.

2. The accident at issue occurred in Washington, D.C.

3. Plaintiff Leon Allen is a resident of the District of Columbia.

4. Defendant, Washington Metropolitan Area Transit Authority (hereinafter "WMATA") is headquartered in Washington, D.C.

1

## Factual Allegations

5. On February 4, 2021 at about 4.30 p.m. on Southern Avenue S.E., approximately 10 feet west of Chesapeake St. S.E., in Washington D.C., Plaintiff boarded Metrobus 8086. As he was walking towards the rear of the bus, with the assistance of his cane, the bus moved off rapidly causing him to fall and injure himself.

6. Upon information and belief, the bus was owned by Defendant WMATA.

7. Upon information and belief, the driver of the bus, was an employee of Defendant WMATA acting within the scope of his employment at the time of the accident.

8. Plaintiff sustained serious personal injury, medical expenses and endured great pain and suffering.

## COUNT ONE

### (Negligence Per Se – WMATA)

9. Plaintiff hereby incorporates paragraphs 1 through 8, *supra*, by reference.

10. Defendant's employee breached a duty of care owed to plaintiff, by negligently causing the bus to rapidly accelerate while Plaintiff, who required a cane to walk, was still proceeding towards the rear of the bus.

13. As a proximate result of the aforesaid negligent acts, Plaintiff sustained severe personal injuries, medical expenses, and endured great pain and suffering, which continues to the present.

**WHEREFORE**, Plaintiff prays for judgment against Defendant, in the amount of $200,000.00 (Two Hundred Thousand), and any other relief deemed appropriate by the court.

By: _____
Geoffrey D. Allen
DC Bar No. 288142
1030 15th Street, NW, Suite 298
Washington, DC 20005
(202) 778-1176
(703) 820-1561
GeoffreyAllen@Verizon.Net

*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff hereby demands trial by jury.

_____
Geoffrey D. Allen

3